FILED

MAY 2 8 2013

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

SATISH SHETTY
**Plaintiff & Party In Interest**
4351 La Barca Drive,
Tarzana, CA 91356
Phone:      (818)342-2404
Fax:         (818)342-6318
E-Mail:     chicoo@sbcglobal.net

**UNITED STATES BANKRUPTCY COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

In re:                                              )
                                                    )
ADINA ZAHARESCU,                                    )
                                                    )
        Debtor and Debtor in Possession             )
                                                    )
——————————————————                                  )
                                                    )
SATISH SHETTY,                                       )
                                                    )
        Plaintiff,                                  )
                                                    )
        Vs.                                          )
                                                    )
ADINA ZAHARESCU; ADINA                              )
ZAHARESCU, As Trustee for La Barca                  )
Irrevocable Trust; DEUTSCHE BANK                    )
NATIONAL TRUST COMPANY, N.A., as                    )
Trustee for Asset-Backed Pass-Through               )
Certificates Series 2004-FR1, AMERIQUEST            )
MORTGAGE COMPANY, a Delaware                        )
corporation; LITTON LOAN SERVICING,                 )
LP, a California limited partnership; OCWEN          )
FINANCIAL SERVICES, INC., a Florida                 )
corporation; OCWEN LOAN SERVICING,                  )
LLC, a Florida limited liability Company;           )
QUALITY LOAN SERVICING, CORP., a                    )
California Corporation; AMERIQUEST                   )
MORTGAGE SECURITIES INC. ASSET                      )
BACKED PASS-THROUGH                                 )
CERTIFICATES SERIES 2004-FR1, a                     )
NewYork Trust; THE GOLDMAN SACHS                    )
GROUP INC.; LSIT TITLE COMPANY;                     )
BROWN AND ASSOCIATES, a Professional                )
Law Corporation; LAURA BURSEY, an                   )
individual; AND DOES 1 to 10,                        )
                                                    )
        Defendants.                                 )
——————————————————                                  )

Bankruptcy Court Case Number:
1:11-bk-11362-MT
       /12
**Adversary Case Number:**
**1:13-ap-01028-MT**

Chapter 11.

PLAINTIFF'S RESPONSE TO REPLY TO
PLAINTIFF'S OPPOSITION TO LSI TITLE
COMPANY'S MOTION TO DISMISS
ADVERSARY COMPLAINT AND
REQUEST FOR JUDICIAL NOTICE OF
DOCUMENTS AND FACTS CONTAINED
THEREIN

Date: May 30 2013.
Time: 1:00 p.m.
Ctrm: 302

On May 24, 2013 almost <u>seven </u>days before the continued hearing on May 30, 2013, Plaintiff

received a document titled 'REPLY TO PLAINTIFF'S OPPOSITION TO LSI TITLE

COMPANY'S MOTION TO DISMISS ADVERSARY COMPLAINT" that contained factual

misrepresentations of Plaintiff's complaint and opposition to LSI Title Company's motion to

dismiss adversary complaint.

The factual misrepresentations are as follows:

1.  That plaintiff alleged in his complaint ¶ 52 that defendant LSI prepared a Settlement

statement on behalf of Ameriquest is false because LSI charged the debtor (**not to**

"<u>Ameriquest</u>") fees as follows as a part of closing cost: <u>See</u> RJN: **Exhibit "A"** attached

hereto.

| | | | | | |
|---|---|---|---|---|---|
| a. | **Settlement fee**: | $150.00 | Line item: | 1101 |
| b. | Doc. Preparation fee: | $75.00 | Line item: | 1104 |
| c. | Express mail: | $21.00 | Line item: | 1107 |
| d. | **Title Insurance fee**: | $1,920.00 | Line item: | 1108 |
| e. | Extra check charge: | $ 40.00 | Line item: | 1111 |

2.  While admitting that an actual controversy exists by and between the Plaintiff, the debtor

and/or the co-defendants who are claiming title to the property defendant LSI Title

Company disclaims any controversy because it claims to have no interest or title in

plaintiff's property. LSI does not deny that it provided a lender's coverage-ALTA loan

policy (10-17-92) w/Form 1 Cov. $ 600,000 to the co defendants and provided title

insurance to the debtor at the time of closing of the purported loan transaction.

3.  LSI Title Company has provided <u>Title Insurance to the debtor</u> based upon its own

participation in the purported debt transaction by and between the defendants and the

debtor. This very title is a subject of a controversy in which LSI has played an integral

role in a civil conspiracy by and between the defendants when it caused to be prepared

false instruments and documents and then recorded them in the office of the County

Recorder for the County of Los Angeles, and in which it has reaped fees and profits.

Plaintiff will prove at trial this has been a pattern and practice in several hundreds (if not

thousands) of similar transactions as will be evidenced by documents recorded by them in

the official records. Plaintiff will provide names of victims and addresses and

foreclosures based upon similar documents filed which may subject LSI Title Company

and other defendants to a class action lawsuit and which is not contemplated by plaintiff's

complaint at this time. Thus LSI's claim that plaintiff failed to state a claim for

Cancellation of Written instruments just cannot withstand the scrutiny of this court.

4. That plaintiff does not allege Deceit and Fraud with sufficient particularity to withstand

    LSI's Motion to dismiss is false because Plaintiff's complaint sufficiently alleges

    "*Whenever reference is made in this Complaint to any act of any Defendant(s), that allegation*

    *shall mean that each Defendant acted individually and jointly with the other Defendants*" See

    Complaint ¶'s 25 through 28.

5. That the unjust enrichment claim fails because Plaintiff has not demonstrated how LSI was

    unjustly enriched at plaintiff's detriment cannot stand for the same reasons as is enumerated in

    clause 4 above in addition to the factual allegations contained in plaintiff's complaint which is

    incorporated herein by reference.

6. That unlawful business activities and accounting claim fails because plaintiff has not

    demonstrated that he has adequately pleaded that LSI is a proper defendant cannot stand because

    LSI Title Company was the **Settlement Agent** in this fraudulent transaction and is responsible for

    receiving and disbursing funds to proper parties including paying off plaintiff's loan to the proper

party. Further Plaintiff's complaint sufficiently alleges "*Whenever reference is made in this Complaint to any act of any Defendant(s), that allegation shall mean that each Defendant acted individually and jointly with the other Defendants*" See Complaint ¶'s 25 through 28.

7.  Finally, Plaintiff does not and has never challenged any securitization of his own loan or that of the debtor's debt instruments. Thus any reference to the fact that Plaintiff is not an investor or a party to a Pooling and Servicing agreement is an argument that is not relevant and moot. Plaintiff has sufficiently alleged that that there is not loan made to the debtor but a conversion of his own loan disguised to that of the debtor. LSI TITE COMPANY and other defendants and co defendants have not any time denied this material fact. LSI TITLE COMPANY'S consistent reference to their argument is simply designed to mislead and deceive this court and an attempt to defraud and defile this court and its integrity.

## REQUEST FOR JUDICIAL NOTICE

Plaintiff and Party In Interest SATISH SHETTY, representing himself, hereby request that the Court, pursuant to Rule 201 of the Federal Rules of Evidence, take judicial notice of the following documents prepared by Escrow and Settlement Agent LSI Title Company.

1.  A true and correct copy of a Settlement statement provided by LSI Title Company showing a settlement charge of $50,864.70 to the borrower. "**Exhibit A**" attached hereto.

2.  A true and correct copy of a Settlement Statement provided by Litton Loan Servicing pursuant to a "Qualified Written Request" which will show a settlement charge to the borrower of $28,920.44. A true and correct of copy of the Settlement statement optional form for transactions without sellers is attached hereto as **Exhibit "B"**.

It must be judicially noticed at this time that there was no seller in this transaction as it was a purportedly refinance transaction wherein title was caused to be unlawfully and without

plaintiff's consent, transferred by the defendants and the plaintiff <u>did not authorize</u> LSI TITLE

COMPANY for any payoff to any existing lender or entity.

Dated: May 24, 2013                                    Respectfully Submitted,


Satish Shetty.
(Plaintiff & Party In Interest)
4351 La Barca Drive,
Tarzana, CA 91356.

EXHIBIT "A"

**LSI**
A FIDELITY NATIONAL FINANCIAL COMPANY

2550 Redhill Avenue • Santa Ana, CA 92705
(800) 756-3524 • FAX ( )    -

Mrs. Adina Zaharescu
4351 La Barca Drive
Tarzana, CA 91356

DATE: March 12, 2004
ESCROW NO: 50000475-JAB
PROPERTY ADDRESS:
4351 La Barca Drive, Tarzana, CA 91356

The above referenced escrow has closed as of this date. The following items are enclosed:

-    FINAL HUD
-    FINAL CLOSING STATEMENT
-    PROCEED- WIRE TO WELLS FARGO BANK
-    ADDITIONAL CHECK'S

Any documents other than those listed above to which you are entitled will follow under separate cover.

We trust that this transaction has been handled to your satisfaction and that we may have the pleasure of serving you again in the future.

Sincerely,

Jackie A. Burchell
Escrow Officer
(800) 756-3524

VJ

enclosure(s)

LSI is a Division of Chicago Title Insurance Company

A. U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

SETTLEMENT STATEMENT

**LSI, A Fidelity National Financial Company**

| B. TYPE OF LOAN | | OMB No. 2502-0265 |
|---|---|---|
| 1. [ ] FHA    2. [ ] FmHA    3. [ ] Conv. Unins | | |
| 4. [ ] VA    5. [ ] Conv. Ins | | |
| 6. ESCROW NUMBER: 50000475-JAB | 7. | LOAN NUMBER: 0070968862 |
| 8. MORTGAGE INSURANCE NUMBER: | | |

NOTE: THIS FORM IS FURNISHED TO GIVE YOU A STATEMENT OF THE ACTUAL SETTLEMENT COSTS. AMOUNTS PAID TO AND BY THE SETTLEMENT AGENT ARE SHOWN. ITEMS MARKED "(P.O.C.)" WERE PAID OUTSIDE OF THE CLOSING; THEY ARE SHOWN HERE FOR INFORMATIONAL PURPOSES AND ARE NOT INCLUDED IN THE TOTALS.

| D. NAME OF BORROWER: Adina Zaharescu 4351 La Barca Drive Tarzana, CA 91356 | E. NAME OF SELLER: | F. NAME OF LENDER: Ameriquest - Amc5706 17785 Center Court Drive, #310 Cerritos, CA  90703 |
|---|---|---|
| G. PROPERTY LOCATION: 4351 La Barca Drive Tarzana, CA  91356 | H. SETTLEMENT AGENT: LSI, A Fidelity National Financial Company PLACE OF SETTLEMENT: 2550 Redhill Avenue Santa Ana, CA  92705 | I. SETTLEMENT DATE: 03/12/2004 |

| J. SUMMARY OF BORROWER'S TRANSACTIONS | | K. SUMMARY OF SELLER'S TRANSACTIONS | |
|---|---|---|---|
| 100. GROSS AMOUNT DUE FROM BORROWER | | 400. GROSS AMOUNT DUE TO SELLER | |
| 101. Contract Sales Price | | 401. Contract Sales Price | |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to borrower (line 1400) | 50,864.70 | 403. | |
| 104. Payoff To Litton Loan Servicing LP-TX | 515,305.37 | 404. | |
| 105. | | 405. | |
| Adjustments: Items Paid by Seller in Advance | | Adjustments: Items Paid by Seller in Advance | |
| 106. City/Town Taxes | | 406. City/Town Taxes | |
| 107. County Taxes | | 407. County Taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| 116. | | 416. | |
| 117. | | 417. | |
| 118. | | 418. | |
| 120. GROSS AMOUNT DUE FROM BORROWER | 566,170.07 | 420. GROSS AMOUNT DUE TO SELLER | 0.00 |
| 200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER | | 500. REDUCTIONS IN AMOUNT DUE TO SELLER | |
| 201. Deposit or earnest money | | 501. Excess deposit (see inst.) | |
| 202. Principal Amount of New Loan(s) | 600,000.00 | 502. Settlement charges to seller (line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. | |
| 205. | | 505. | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Adjustments: Items Unpaid by Seller | | Adjustments: Items Unpaid by Seller | |
| 210. City/Town taxes | | 510. City/Town Taxes | |
| 211. County Taxes | | 511. County Taxes | |
| 212. | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. TOTAL PAID BY/FOR BORROWER | 600,000.00 | 520. TOTAL REDUCTIONS IN AMOUNT DUE SELLER | 0.00 |
| 300. CASH AT SETTLEMENT FROM/TO BORROWER | | 600. CASH AT SETTLEMENT FROM/TO SELLER | |
| 301. Gross amount due from borrower (line 120) | 566,170.07 | 601. Gross amount due to seller (line 420) | 0.00 |
| 302. Less amounts paid by/for borrower (line 220) | 600,000.00 | 602. Less reduction in amount due seller (ln 520) | 0.00 |
| 303. CASH ( FROM) (XX TO) BORROWER | 33,829.93 | 603. CASH ( FROM) ( TO) SELLER | |

L. SETTLEMENT STATEMENT Escrow: 50000475-JAB

| | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|
| 700. TOTAL SALES/BROKER'S COMMISSION based on price $ | | | |
| Division of Commission (line 700) as follows: | | | |
| 701. | | | |
| 702. | | | |
| 703. | | | |
| 704. | | | |
| 800. ITEMS PAYABLE IN CONNECTION WITH LOAN | | | |
| 801. Loan Origination Fee | | | |
| 802. Loan Discount | | 24,756.00 | |
| 803. Appraisal Fee | | | |
| 804. Credit Report | | | |
| 805. Lender's Inspection Fee | | | |
| 806. Mortgage Insurance Application Fee | | | |
| 807. Tax Service Fee | | 70.00 | |
| 808. Loan Processing Fee | | 626.00 | |
| 809. Notary Fee    Paid to Patricia Gabriola | | 150.00 | |
| 810. Flood Certification Fee | | 16.00 | |
| 811. Administration Fee | | 239.00 | |
| 812. Application Fee | | 360.00 | |
| 813. | | | |
| 814. | | | |
| 900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | | |
| 901. Int at $116.71 per day  fr 02/26/04 to 03/01/04 | | 466.84 | |
| 902. Mortgage Insurance Premium | | | |
| 903. | | | |
| 904. | | | |
| 905. | | | |
| 1000. RESERVES DEPOSITED WITH LENDER | | | |
| 1001. Hazard Insurance    months @ $    per month | | | |
| 1002. Mortgage Insurance    months @ $    per month | | | |
| 1003. City property taxes    months @ $    per month | | | |
| 1004. County property taxes    months @ $    per month | | | |
| 1005. Annual assessments    months @ $    per month | | | |
| 1006. | | | |
| 1007. | | | |
| 1008. | | | |
| 1100. ESCROW AND TITLE CHARGES | | | |
| 1101. Settlement or closing fee to    LSI, A Fidelity National Financial Company | | 150.00 | |
| 1102. Abstract or Title Search | | | |
| 1103. Title Examination | | | |
| 1104. Title Insurance Binder | | | |
| 1105. Doc Prep Fees | | 75.00 | |
| 1106. Notary fees | | | |
| 1107. Express Mail | | 21.00 | |
| 1108. Title Insurance    LSI, A Fidelity National Title Company | | 1,920.00 | |
| 1109. Lender's coverage - ALTA Loan Policy (10-17-92) w/Form 1 Cov. $ 600,000.00 | | | |
| 1110. Owner's coverage $0.00 | | | |
| 1111. Extra Check Charge | | 40.00 | |
| 1112. | | | |
| 1113. | | | |
| 1114. | | | |
| 1115. | | | |
| 1116. | | | |
| 1200. GOVERNMENT RECORDING AND TRANSFER CHARGES | | | |
| 1201. Recording Fees:  Deed $ 100.00  Mortgage $100.00  Releases $0.00 | | 200.00 | |
| 1202. City/Count tax/stamps 0.00  Mortgage $ | | | |
| 1203. State Tax/stamps:  Deed $ 0.00  Mortgage $ | | | |
| 1204. | | | |
| 1205. | | | |
| 1300. ADDITIONAL SETTLEMENT CHARGES | | | |
| 1301. Survey | | | |
| 1302. Pest Inspection to | | | |
| 1303. Los Angeles County Tax Collector (CA) for 1st half 2003-2004 taxes | | 3,458.85 | |
| 1304. Los Angeles County Tax Collector (CA) for Tax Default | | 7,145.01 | |
| 1305. FNB OMAHA | | 7,182.00 | |
| 1306. Wells Fargo Bank | | 1,033.00 | |
| 1307. First USA Bank | | 745.00 | |
| 1308. Mercedes Benz Credit | | 2,211.00 | |
| 1309. | | | |
| 1310. | | | |
| 1311. | | | |
| 1400. TOTAL SETTLEMENT CHARGES (enter on lines 103, Section J and 502, Section K) | | 50,864.70 | 0.00 |

EXHIBIT "B"

Settlement Statement
Optional Form for
Transactions without Sellers

U.S. Department of Housing
and Urban Development

OMB Approval No. 2502-0491

| Name & Address of Borrower: ADINA ZAHARESCU | Name & Address of Lender: Ameriquest Mortgage Company 17785 Center Court Drive, #310 Cerritos, CA 90703 |
|---|---|

| 4351 LA BARCA DRIVE    TARZANA,CA 91356 | Settlement Agent: CT- LSI- A FIDELITY NAT'L FINANCIAL CO. |
|---|---|
| Property Location: (if different from above) 4351 LA BARCA DRIVE, TARZANA, CA 91356 | Place of Settlement: 2550 N REDHILL AVENUE SANTA ANA, CA 92705 |

| 1.  Settlement Charges | | Loan Number: 0070968862 - 5796 | Settlement Date: Estimated 02/26/2004 |
|---|---|---|---|

| 800.  Items Payable in Connection with Loan | | M.   Disbursement to Others | | |
|---|---|---|---|---|
| 801. Loan origination fee    % to | | | | |
| 802. Loan discount  4.126  % to  Ameriquest Mortgage Company | $24,756.00 | | | |
| 803. Apprsl/Prop Val to AMC | $350.00 | 1501. FNB OMAHA | (W) | $7,182.00 |
| 804. Credit report to | | | | |
| 805. Inspection fee to | | 1502. WELLS FARGO BANK | (W) | $1,033.00 |
| 806. | | | | |
| 807. | | 1503. FIRST DATA | (W) | $908.00 |
| 808. Yield Spread Premium to | | | | |
| 809. | | 1504. LITTON LOAN SERVICIN | (W) | $488,600.00 |
| 810. Tax Related Service Fee to  Ameriquest Mortgage | $70.00 | | | |
| 811. Flood Search Fee to  Ameriquest Mortgage Company | $16.00 | 1505. FIRST USA BANK N A | (W) | $745.00 |
| 812. Lenders Processing Fee to  Ameriquest Mortgage | $626.00 | | | |
| 813.Admin to Ameriquest Mortgage Company | $239.00 | 1506. MERCEDESBENZ CR DCFS | (W) | $2,211.00 |
| 814. Doc. Prep Fee to | | | | |
| 815. Credit Report Fee to | | 1507. DELINQUENT TAXES | (W) | $3,458.85 |
| 816. Origination Fee    % to | | | | |
| 817. Application Fee to  Ameriquest Mortgage Company | $360.00 | 1508. DELINQUENT TAXES | (W) | $7,058.53 |
| 818. Underwriting Fee to | | | | |
| 819. Service Provider Fee to | | 1509. | | |
| 820. Processing Fee to | | | | |
| 821. Underwriting Fee to | | 1510. | | |
| 822. Appraisal Fee to | | | | |
| 900.  Items Required by Lender to be Paid in Advance | | 1511. | | |
| 901. Interest from 02/26/2004  to  03/01/2004  @  $119.71  per day | $486.84 | | | |
| 902. Mortgage Insurance premium for        months to | | 1512. | | |
| 903. Hazard Ins prem  to | $0.00 | | | |
| 904. Flood Ins prem  to | | 1513. | | |
| 1000.  Reserves Deposited with Lender | | | | |
| 1001. Hazard Insurance     months @ $     per month | | 1514. | | |
| 1002. Mortgage Insurance     months @ $     per month | | | | |
| 1003. Earthquake Ins     months @ $     per month | | 1515. | | |
| 1004. County prop. taxes     months @ $     per month | | | | |
| 1005. Annual assess.     months @ $     per month | | 1520. TOTAL DISBURSED (enter on line 1603) | | $511,196.38 |
| 1006. Flood     months @ $     per month | | | | |
| 1007. Windstorm Ins     months @ $     per month | | Total Wire:    $572,966.16 | | |
| 1008. | | | | |
| 1100.  Title Charges | | | | |
| 1101. Settlement of closing fee to | | | | |
| 1102. Abstract or title search to | | | | |
| 1103. Title examination to | | | | |
| 1104. Title insurance binder to | | | | |
| 1105. Document preparation to | | | | |
| 1106. Notary fees to  PATRICIA GABRIOLA | $150.00 | | | |
| 1107. Attorney's fees to | | | | |
| 1108. Title insurance to  CT- LSI- A FIDELITY NAT'L | $1,386.60 | | | |
| 1109. Lender's coverage | $1,386.60 | | | |
| 1110. Owner's coverage     $ | | | | |
| 1111. Settlement/Disbursement fee to | | | | |
| 1112. Escrow Fee to CT- LSI- A FIDELITY NAT'L | $325.00 | | | |
| 1200.  Government Recording and Transfer Charges | | N.   NET SETTLEMENT | | |
| 1201. Recording fees | $175.00 | | | |
| 1202. City/county tax/stamps | | | | |
| 1203. State tax/ stamps | | 1600. Loan Amount | | 600,000.00 |
| 1204. State specific fee | | | | |
| 1205. State specific fee | | 1601. Plus Cash/Check from Borrower | | |
| 1300.  Additional Settlement Charges | | | | |
| 1301. Demand to | | 1602. Minus Total Settlement Charges (line 1400) | | $28,920.44 |
| 1302. Pest Inspection to | | | | |
| 1303. Survey Fee | | | | |
| 1304. Staff Appraiser Fee | | 1603. Minus Total Disbursements to Others (line 1520) | | $511,196.38 |
| 1305. Reconveyance Fee to | | | | |
| 1306. | | 1604. Equals Disbursements to Borrower (after expiration of any applicable rescission period) | | $59,883.18 |
| 1307. Property Val Fee to | | | | |
| 1308. Courier Fee | | | | |
| 1400. Total Settlement Charges (enter on line 1602) | $28,920.44 | | | |

Borrower(s) Signature(s):

X

Approved for Funding By:            Approved:            Branch:   Cerritos, CA 90703

## PROOF OF SERVICE

I the undersigned, declare:

    I am over the age of 18 years and not a party to the above-entitled matter.

    My business address is 20631 Ventura Boulevard, #301, Woodland Hills, California 91364.

On May 24, 2013, I served the within "PLAINTIFF'S RESPONSE TO REPLY TO PLAINTIFF'S OPPOSITION TO LSI TITLE COMPANY'S MOTION TO DISMISS ADVERSARY COMPLAINT AND REQUEST FOR JUDICIAL NOTICE OF DOCUMENTS AND FACTS CONTAINED THEREIN " in this matter on each of the parties indicated herein in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail in Los Angeles, California addressed as follows:

TO:
    7009 0820 0000 7569 3486

    1. LSI TITLE COMPANY

Represented by:
        S. Christian Stouder
        Krsto Mijanovic
        Annette F. Mijanovic
        HAIGHT BROWN & BONESTEEL LLP
        555 South Flower Street,
        Forty-Fifth Floor,
        Los Angeles, CA 90071

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on May 24, 2013, in Woodland Hills, California.

Adrian Zaharescu
Declarant.