S. Christian Stouder (Bar No. 149821)
Krsto Mijanovic (Bar No. 205060)
Annette F. Mijanovic (Bar No. 264638)
HAIGHT BROWN & BONESTEEL LLP
555 South Flower Street, Forty-Fifth Floor
Los Angeles, California 90071
Telephone:  213.542.8000
Facsimile:  213.542.8100

Attorneys for Defendant
LSI TITLE COMPANY

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | Case No. 1:12-bk-11362-MT |
| ADINA ZAHARESCU, | Chapter 11 |
| Debtor and Debtor in Possession. | Adv. No. 1:13-ap-01028-MT |
| SATISH SHETTY, | **AMENDED NOTICE REGARDING TIME OF HEARING RE LSI TITLE COMPANY'S MOTION TO DISMISS ADVERSARY COMPLAINT AND MOTION TO STRIKE PORTIONS OF PLAINTIFF'S ADVERSARY COMPLAINT** |
| Plaintiff, | |
| v. | |
| ADINA ZAHARESCU; ADINA ZAHARESCU, As Trustee for La Barca Irrevocable Trust; DEUTSCHE BANK NATIONAL TRUST COMPANY, N.A., as Trustee for Asset-Backed Pass-Through Certificate Series 2004-FRI, a National Association; AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; AMERIQUEST MORTGAGE SECURITIES, INC., a Delaware corporation; LITTON LOAN SERVICING, LP, a California limited partnership; OCWEN FINANCIAL SERVICES, INC., a Florida Corporation; OCWEN LOAN SERVICING, LLC, a Florida limited liability Company; QUALITY LOAN SERVICING, CORP., a California corporation; AMERIQUEST MORTGAGE SECURITIES INC. ASSET BACKED PASS-THROUGH CERTIFICATE SERIES 2004-FRI, New York Trust; THE GOLDMAN SACHS | Date:  May 30, 2013<br>Time:  11:00 a.m.<br>Ctrm:  302 |

LAW OFFICES
HAIGHT, BROWN & BONESTEEL, L.L.P.
Los Angeles

LP09-0000022
9887465.1

1

AMENDED NOTICE RE: HEARING ON
MOTION TO DISMISS ADVERSARY
COMPLAINT

1 | GROUP INC.; LSI TITLE COMPANY; BROWN AND ASSOCIATES, a Professional law corporation; LAURA BURSEY, an individual; and DOES 1 to 10,
2 |
3 |
4 |     Defendants.

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to the Court's Order dated April 18, 2013, the hearing of LSI Title Company's Motion to Dismiss Adversary Complaint and Motion to Strike Portions of Adversary Complaint is set for 11:00 a.m. rather than 1:00 p.m. on May 30, 2013, in the above-entitled Court.

Dated: May 28, 2013                    HAIGHT BROWN & BONESTEEL LLP

                                       By:    /s/ Annette F. Mijanovic
                                              S. Christian Stouder
                                              Krsto Mijanovic
                                              Annette F. Mijanovic
                                              Attorneys for Defendant
                                              LSI TITLE COMPANY

LAW OFFICES
HAIGHT, BROWN & BONESTEEL, L.L.P.
Los Angeles

LP09-0000022
9887465.1

2

AMENDED NOTICE RE: HEARING ON MOTION TO DISMISS ADVERSARY COMPLAINT

# PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         ) ss.:
COUNTY OF LOS ANGELES    )

*ADINA ZAHARESCU*
*1:12-bk-11362-MT*

     I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 555 South Flower Street, Forty-Fifth Floor, Los Angeles, California 90071.

     On May 28, 2013, I served the within document(s) described as:

AMENDED NOTICE REGARDING TIME OF HEARING RE LSI TITLE COMPANY'S MOTION TO DISMISS ADVERSARY COMPLAINT AND MOTION TO STRIKE PORTIONS OF PLAINTIFF'S ADVERSARY COMPLAINT

on the interested parties in this action as stated on the attached mailing list.

[X]  (CM/ECF) Pursuant to the United States District Court Procedural Rules for Electronic Case Filing and the Case Management/Electronic Case Filing Rules, I electronically served the above-listed documents on the parties shown on the attached service list for the above-entitled case, as listed above.

Executed on May 28, 2013, at Los Angeles, California.

     I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

| Melinda Carrido | /s/ Melinda Carrido |
|---|---|
| (Type or print name) | (Signature) |

**LAW OFFICES**
HAIGHT, BROWN & BONESTEEL, L.L.P.
Los Angeles

LP09-0000022
9887465.1

3

AMENDED NOTICE RE: HEARING ON MOTION TO DISMISS ADVERSARY COMPLAINT

MAILING LIST
ADINA ZAHARESCU
1:12-bk-11362-MT

| | |
|---|---|
| Robert W Norman, Jr<br>Houser & Allison<br>9970 Research Dr<br>Irvine, CA 92618<br><br>T: 949-679-1111<br>F : 949-679-1112<br>E: rnorman@houser-law.com<br>*Counsel for defendant Deutsch Bank National Trust Company NA* | Kalley R. Aman<br>Brian T. Harvey<br>Pooya E. Sohi<br><br>T: 213-891-0700<br>F: 213-896-0400<br>E: Kaman@buchalter.com<br>*Counsel for defendant Ameriquest Mortgage Company and Ameriquest Mortgage Securities, Inc.* |
| Jacqueline S Eberhard<br>Terry Loftus<br>McCarthy & Holthus LLP<br>1770 Fourth Ave<br>San Diego, CA 92101<br><br>T: 619-243-3963<br>F: 619-685-4810<br>E: bknotice@mccarthyholthus.com; bknotice@mccarthyholthus.com<br>*Counsel for defendant Quality Loan Servicing,Corp.* | |

**LAW OFFICES**
HAIGHT, BROWN & BONESTEEL, L.L.P.
Los Angeles

LP09-0000022
9887465.1

4

AMENDED NOTICE RE: HEARING ON MOTION TO DISMISS ADVERSARY COMPLAINT

# PROOF OF SERVICE

STATE OF CALIFORNIA        )
                           ) ss.:
COUNTY OF LOS ANGELES      )

*ADINA ZAHARESCU*
*1:12-bk-11362-MT*

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 555 South Flower Street, Forty-Fifth Floor, Los Angeles, California 90071.

On May 28, 2013, I served the within document(s) described as:

AMENDED NOTICE REGARDING TIME OF HEARING RE LSI TITLE COMPANY'S MOTION TO DISMISS ADVERSARY COMPLAINT AND MOTION TO STRIKE PORTIONS OF PLAINTIFF'S ADVERSARY COMPLAINT

on the interested parties in this action as stated below:

| | |
|---|---|
| Satish Shetty<br>4351 La Barca Drive<br>Tarzana, California 91356<br><br>T: 818-342-2404<br>F: 818-342-6318<br>*Plaintiff in pro per in adversary proceeding* | Adina Zaharescu<br>4351 La Barca Drive<br>Tarzana, California 91356<br><br><br><br>*Debtor and defendant* |

[X]   (MAIL) by placing a true copy thereof in sealed envelope(s) addressed above and causing such envelope(s) to be deposited in the U.S. Mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

Executed on May 28, 2013, at Los Angeles, California.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

| Rita Burnett | /s/ Rita Burnett |
|---|---|
| (Type or print name) | (Signature) |

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

LP09-0000022
9887465.1

5

AMENDED NOTICE RE: HEARING ON
MOTION TO DISMISS ADVERSARY
COMPLAINT